```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                           Case No. 19-05230-HWV
David M Bear                                                     Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: CynthiaBo               Page 1 of 1                  Date Rcvd: Dec 26, 2019
                               Form ID: ntcor341             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db             #+David M Bear,    717 Market Street,    Mount Wolf, PA 17347-9529
aty             +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
5279758         +Carrington Loan Servicing,    14511 Myford Rd Ste 100,    Tustin, CA 92780-7057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: dehartstaff@pamd13trustee.com Dec 26 2019 18:55:53
                 Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 26 2019 18:55:48      United States Trustee,
                 228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
          York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6
          bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David M Bear, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–05230–HWV |

Social Security No.:
xxx–xx–4401

Employer's Tax I.D. No.:

## Notice

You were mailed a Meeting of Creditors Notice in the above–referenced case. A correction was made to the information contained in that notice as stated below:

- Meeting of Creditors date, time or location

The below dates may be the same as on the original notice, unless any changes were required. All other information on the original 341 Notice will remain in full force and effect.

The Meeting of Creditors will be held:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: January 23, 2020<br>Time: 09:00 AM |

**Deadline to:**

File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: **March 23, 2020.**

Object to Exemptions: **Thirty (30) days after the *conclusion* of the meeting of creditors.**

File a Proof of Claim (except a governmental unit): **February 17, 2020.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101–1737
(717) 901–2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CynthiaBoyle, Deputy Clerk

Date: December 26, 2019

ntcor341(03/18)